# FINANCIAL AFFIDAVIT

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**CJA 23** (Rev. 5/88)

② 

| IN UNITED STATES | ☒ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

| | | LOCATION NUMBER |
|---|---|---|
| U.S. vs. Del Toro - Araya | FOR Southern District of CA | ► |
| | AT San Diego | |

**PERSON REPRESENTED** (Show your full name)

► Francisco Del Toro - Araya

FILED

MAR - 5 2008

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ cwr _____ DEPUTY

| 1 ☒ Defendant – Adult |
| 2 ☐ Defendant – Juvenile |
| 3 ☐ Appellant |
| 4 ☐ Probation Violator |
| 5 ☐ Parole Violator |
| 6 ☐ Habeas Petitioner |
| 7 ☐ 2255 Petitioner |
| 8 ☐ Material Witness |
| 9 ☐ Other (Specify) |

| DOCKET NUMBERS |
|---|
| Magistrate 08 - MJ - 0660 |
| District Court |
| ► |
| Court of Appeals |

☒ Felony
☐ Misdemeanor

CHARGE/OFFENSE (describe if applicable & check box ►)

8 U.S.C. § 1324

## NOT FOR PUBLIC VIEW

# ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed? ☐ Yes ☒ No ☐ Am Self Employed

Name and address of employer: _worked as waiter until 2005_

| IF YES, how much do you earn per month? $ | IF NO, give month and year of last employment 2005 <br> How much did you earn per month? $ 3200 |
|---|---|

If married is your Spouse employed? ☒ Yes ☐ No

| IF YES, how much does your Spouse earn per month? $ 1500 | If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ |
|---|---|

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $ 600/mo — SOURCES disability — closed last month

**CASH**

Have you any cash on hand or money in savings or checking account ☒ Yes ☐ No IF YES, state total amount $ 1000

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☒ Yes ☐ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE $ 15,000 — DESCRIPTION Toyota Tundra → seized

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 3

List persons you actually support and your relationship to them
Eliz (wife)
Alberto — son (13)
Gloria — daughter (9)

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| | rent | $ | $ 200 |
| | car payments | $ 9,000 | $ 350 |
| | groceries | $ | $ 600 |
| | utilities + cell phone | $ | $ 260 |
| | credit card | | 1000 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 3/5/08

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ► X Francisco DT