# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )   CASE NUMBER  08mj 660
            )
vs          )   ABSTRACT OF ORDER
            )
Francisco Del Toro )   Booking No. _____
            )
            )

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __3/10/08__ the Court entered the following order:

__✓__ Defendant be released from custody.
_____ Defendant placed on supervised / unsupervised probation / supervised release.
_____ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
__✓__ Defendant released on $__15,000__ bond posted.
_____ Defendant appeared in Court. FINGERPRINT & RELEASE.
_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.
_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.
_____ c.c. judgment Court of Appeals ( _____ affirming) ( _____ reversing) decision of this Court:
        _____ dismissing appeal filed.
_____ Bench Warrant Recalled.
_____ Defendant forfeited collateral.
_____ Case Dismissed.
_____ Defendant to be released to Pretrial Services for electronic monitoring.
_____ Other. _____

**CATHY ANN BENCIVENGO**
_____
UNITED STATES MAGISTRATE JUDGE
                                            OR
W. SAMUEL HAMRICK, JR.  Clerk
by
                       Deputy Clerk

Received _____
         DUSM

Crim-9    (Rev 6-95)                                   ☆ U.S. GPO: 1996-783-398/40151

**CLERKS' COPY**