PLEASE RECEIPT AND RETURN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff | ) | CRIMINAL NO. __08mj 660__ |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Francisco Del Toro | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,   **CATHY ANN BENCIVENGO**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

Manuel Leyva-Romero

DATED: 3/14/08

RECEIVED 2008 MAR 14 A 2:30 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED _____
                      DUSM

UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
          Deputy Clerk